UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-10748

------------------------------------------------x

JAMES ROSATI,

    Plaintiff,

v.

                                 Civil Action No.

CAMBREX BIOSCIENCE, MA, INC.,

    Defendant.

------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3(A), Defendant CAMBREX BIO SCIENCE HOPKINTON, INC. (which is inaccurately named in the complaint), by its undersigned counsel, states as follows:

1.    Cambrex Corporation is a parent corporation of Defendant.

2.    Cambrex Corporation is a public corporation that owns 10% or more of Defendant's stock.

                             Respectfully submitted,
                             CAMBREX BIO SCIENCE HOPKINTON, INC.

                             By its attorneys,

                             Wilfred J. Benoit, Jr. (BBO No. 037900)
                             Christopher B. Kaczmarek (BBO No. 647085)
                             GOODWIN PROCTER LLP
                             Exchange Place
                             53 State Street
                             Boston, Massachusetts 02109
                             (617) 570-1000

                             CLIFTON BUDD & DeMARIA, LLP

        Attorneys for the Defendant, *pro hac vice*
        Eric S. Lamm, Esq.
        George F. Brenlla, Esq.
        Scott M. Wich, Esq.
        420 Lexington Avenue, Suite 420
        New York, New York 10170
        (212) 687-7410
        *Pro Hac Vice Applications Pending*

Dated: April 14, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2005, a true and correct copy of the *Corporate Disclosure Statement* was served by mail upon the following:

        David A. Wallace, Esq.
        Whittemore & Wallace
        1001 Worcester Road
        Framingham, MA 01701

        _____
        Christopher B. Kaczmarek

LIBB/1335184.3