UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 10748 RWZ

JAMES ROSATI,

    Plaintiff,

v.

CAMBREX BIOSCIENCE, MA., INC.,

    Defendant.

Civil Action No.

63532
150.00
MOK
4/14/05

## MOTION TO PERMIT GEORGE F. BRENLLA TO APPEAR *PRO HAC VICE*

Christopher B. Kaczmarek, attorney for defendant Cambrex Bio Science Hopkinton, Inc. ("Cambrex") (which is inaccurately named in the complaint) in the above-captioned matter, moves pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the admission, *pro hac vice*, of George F. Brenlla. The basis for this motion is as follows:

    1.    George F. Brenlla is a partner in the law firm of Clifton Budd & DeMaria, LLP in New York, New York and is counsel for Cambrex.

    2.    Mr. Brenlla is a member in good standing in every jurisdiction where he has been admitted to practice.

    3.    There are no disciplinary proceedings pending against Mr. Brenlla as a member of any bar in any jurisdiction.

    4.    Mr. Brenlla has indicated in the attached Certificate that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

LIBB/1335223.1

In further support of this motion, the Certificate of Mr. Brenlla is attached hereto as Exhibit A.  A filing fee of $50 is enclosed with this motion.

WHEREFORE, Christopher B. Kaczmarek respectfully requests that this Court admit George F. Brenlla *pro hac vice*.

Respectfully submitted,

CAMBREX BIO SCIENCE HOPKINTON, INC.

By its attorneys,

_____
Wilfred J. Benoit, Jr. (BBO #037900)
Christopher B. Kaczmarek (BBO #647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1000

Dated:   April 14, 2005

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2005, a true and correct copy of the *Motion To Permit George F. Brenlla To Appear Pro Hac Vice* was served by mail upon the following:

> David A. Wallace, Esq.
> Whittemore & Wallace
> 1001 Worcester Road
> Framingham, MA  01701

_____
Christopher B. Kaczmarek

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAMES ROSATI,

    Plaintiff,

v.                                    Civil Action No.

CAMBREX BIOSCIENCE, MA, INC.,

    Defendant.

**CERTIFICATE OF GEORGE F. BRENLLA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, George F. Brenlla, hereby certify that:

1.    I am an attorney duly admitted to the practice of law in New Jersey since 1995. I am an attorney duly admitted to the practice of law in New York since 1996. I am an attorney duly admitted to the practice of law in Connecticut since 1997. I am a partner with the firm of Clifton Budd & DeMaria, LLP, 420 Lexington Avenue, Suite 420, New York, New York 10170, counsel for defendant Cambrex Bio Science Hopkinton, Inc. (which is inaccurately named in the complaint), along with Goodwin Procter LLP.

2.    I am a member in good standing in every jurisdiction where I have been admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by the same.

5.  I respectfully request that I be admitted before this Court for the purposes of the above-captioned proceedings.

Signed under the pains and penalties of perjury this ___ day of April, 2005.

_____
George F. Brenlla