UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 10748 RWZ

JAMES ROSATI,

    Plaintiff,

v.

CAMBREX BIOSCIENCE, MA., INC.,

    Defendant.

Civil Action No.

## MOTION TO PERMIT ERIC S. LAMM TO APPEAR *PRO HAC VICE*

Christopher B. Kaczmarek, attorney for defendant Cambrex Bio Science Hopkinton, Inc. ("Cambrex") (which is inaccurately named in the complaint) in the above-captioned matter, moves pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for the admission, *pro hac vice*, of Eric S. Lamm. The basis for this motion is as follows:

1.     Eric S. Lamm is a partner in the law firm of Clifton Budd & DeMaria, LLP in New York, New York and is counsel for Cambrex.

2.     Mr. Lamm is a member in good standing in every jurisdiction where he has been admitted to practice.

3.     There are no disciplinary proceedings pending against Mr. Lamm as a member of any bar in any jurisdiction.

4.     Mr. Lamm has indicated in the attached Certificate that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

LIBB/1335415.1

In further support of this motion, the Certificate of Mr. Lamm is attached hereto as Exhibit A. A filing fee of $50 is enclosed with this motion.

WHEREFORE, Christopher B. Kaczmarek respectfully requests that this Court admit Eric Lamm *pro hac vice*.

Respectfully submitted,

CAMBREX BIO SCIENCE HOPKINTON, INC.

By its attorneys,

_____
Wilfred J. Benoit, Jr. (BBO #037900)
Christopher B. Kaczmarek (BBO #647085)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Tel: (617) 570-1000

Dated: April 14, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2005, a true and correct copy of the *Motion To Permit Eric S. Lamm To Appear Pro Hac Vice* was served by mail upon the following:

David A. Wallace, Esq.
Whittemore & Wallace
1001 Worcester Road
Framingham, MA  01701

_____
Christopher B. Kaczmarek

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ROSATI,<br><br>        Plaintiff,<br><br>v.<br><br>CAMBREX BIOSCIENCE, MA, INC.,<br><br>        Defendant. | Civil Action No. |

### CERTIFICATE OF ERIC S. LAMM
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric S. Lamm, hereby certify that:

1. I am an attorney duly admitted to the practice of law in Massachusetts since 1978. My Board of Bar Overseers number is 284180. I am an attorney duly admitted to the practice of law in New York since 1979. I am a partner with the firm of Clifton Budd & DeMaria, LLP, 420 Lexington Avenue, Suite 420, New York, New York 10170, counsel for defendant Cambrex Bio Science Hopkinton, Inc. (which is inaccurately named in the complaint), along with Goodwin Procter LLP.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

LIBB/1335416.1

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by the same.

5.  I respectfully request that I be admitted before this Court for the purposes of the above-captioned proceedings.

Signed under the pains and penalties of perjury this ___ day of April, 2005.

_____
Eric S. Lamm