UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10748-RW2

| | |
|---|---|
| JAMES ROSATI,   *Plaintiff*  )<br>  )<br>vs.   )<br>  )<br>CAMBREX BIOSCIENCE, MA, INC.,  )<br>a/k/a Cambrex Bio Science, Hopkinton, Inc. )<br>  *Defendant*   ) | **Stipulation For Dismissal** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 68.2 of the Local Rules of the United States District Court for the District Court for the District of Massachusetts, the Plaintiff and the Defendant hereby stipulate that the above action be dismissed with prejudice without costs to either party.

JAMES ROSATI
By his attorney,

_____
David A. Wallace (BBO No. 513480)
Whittemore & Wallace
1001 Worcester Road
Framingham, MA 01701
508-872-4331

CAMBREX BIO SCIENCE HOPKINTON,
INC., by its attorneys

_____
Wilfred J. Benoit, Jr. (BBO No. 037900)
Christopher B. Kaczmarek (BBO No. 647085)
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109
617-570-1000

_____
Eric S. Lamm (BBO No. 2841800)
George F. Brenlla
Scott M. Wich (BBO No. 662135)
Clifton Budd & DeMaria LLP
420 Lexington Avenue
New York, New York 10170-0089
212-687-7410

DATED: May 25, 2005